UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Charles L. Marohn, Jr.,

Plaintiff,

vs.

The Minnesota Board of Architecture, Engineering, Land Surveying, Landscape Architecture, Geoscience, and Interior Design, et al.

Defendants.

Case No. 23-CV-03717 PJS-LIB

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**

The parties stipulate as follows:

1. Defendants' deadline to answer or otherwise respond to the complaint in this matter is currently Monday, January 29, 2024. Defendants anticipate filing a motion to dismiss, which must include notice of a hearing for that motion. D. Minn. LR 7.1(c)(1)(B).

2. On Monday, January 22, Defendants' counsel called Plaintiffs' counsel to confer regarding hearing dates proposed by the court's deputy. Plaintiffs' counsel did not answer the phone, and Defendants' counsel left a message asking for a return call.

3. Later that day, another attorney from Plaintiff's counsel's firm contacted Defendants' counsel. The attorney indicated that Plaintiff's counsel is in trial until Friday, January 26, and is unable to confer prior to Monday, January 29. The attorney requested that, to allow the parties time to confer, the parties stipulate to extending Defendants' time to answer or otherwise respond to Monday, February 5.

4. The parties are in agreement that extending the time for Defendants to answer or otherwise respond would promote efficiency and would not prejudice any party.

5. The parties therefore stipulate to an entry of an order extending the time for Defendants to answer or otherwise respond to February 5.

Dated: January 24, 2024

s/**Erick G. Kaardal**
ERICK G. KAARDAL #0229647
WILLIAM F. MOHRMAN #0168816
Mohrman, Kaardal & Erickson, P.A.

150 South 5th Street, Suite 3100
Minneapolis, MN 55402
(612) 341-10474
kaardal@mklaw.com
mohrman@mklaw.com

ATTORNEYS FOR PLAINTIFF

s/**Allen Cook Barr**
ALLEN COOK BARR #0399094
Assistant Attorney General

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2134
(651) 757-1487
allen.barr@ag.state.mn.us

ATTORNEY FOR DEFENDANTS