UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Charles L. Marohn, Jr.,

Plaintiff,

vs.

The Minnesota Board of Architecture, Engineering, Land Surveying, Landscape Architecture, Geoscience, and Interior Design, et al.,

Defendants.

Case No.: 23-CV-03717 (PJS/LIB)

**LOCAL RULE 7.1(f) AND (h) COMPLIANCE CERTIFICATE**

I, Allen Cook Barr, certify that Defendants' Memorandum Supporting Dismissal complies with Local Rule 7.1(f) and (h).

I further certify that, in preparation of the memorandum, I used Microsoft Word 365, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced memorandum contains 6,514 words and is printed in 13-point Times New Roman font.

Dated: February 5, 2024

Respectfully submitted,

KEITH ELLISON
State of Minnesota
Attorney General

s/**Allen Cook Barr**
ALLEN COOK BARR
Assistant Attorney General
Atty. Reg. No. 0399094

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1487 (Voice)
(651) 297-1235 (Fax)
allen.barr@ag.state.mn.us

ATTORNEYS FOR DEFENDANTS

|#5657872