UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CHARLES L. MAROHN, JR.,<br><br>Plaintiff,<br><br>v.<br><br>THE MINNESOTA BOARD OF ARCHITECTURE, ENGINEERING, LAND SURVEYING, LANDSCAPE ARCHITECTURE, GEOSCIENCE, AND INTERIOR DESIGN, and THE BOARD'S MEMBERS, Melisa Rodriguez, Chair, Daniel Kelsey, Vice Chair, Sally Korsh, Timothy Meyer, Meg Parsons, Alan Johnson, Denise Kazmierczak, Travis Thul, Daniel McAnich, Paul Vogel, Jason Amberg, Graham Sones, Daniel Hunter, Paul Brandt, Erica Larson, Claudia Reichert, Daniel Cermak, Rachel Dwyer, Christian Faste, Eric Friske, and David Stenseth, in their official capacities, or their successors,<br><br>Defendants. | Case No. 23-CV-03717 (NEB/LIB)<br><br><br>**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

TO: The Minnesota Board Of Architecture, Engineering, Land Surveying, Landscape Architecture, Geoscience, And Interior Design, and the Board's members, Melisa Rodriguez, Chair, Daniel Kelsey, Vice Chair, Sally Korsh, Timothy Meyer, Meg Parsons, Alan Johnson, Denise Kazmierczak, Travis Thul, Daniel McAnich, Paul Vogel, Jason Amberg, Graham Sones, Daniel Hunter, Paul Brandt, Erica Larson, Claudia Reichert, Daniel Cermak, Rachel Dwyer, Christian Faste, Eric Friske, and David Stenseth, in their official capacities, or their successors, and their attorneys of record, the Minnesota Attorney General Office, Alan Barr and Stephen Melchionne, 445 Minnesota Street, Suite 600, St. Paul, Minnesota 55101.

Plaintiff respectfully moves the Court for an Order granting summary judgment on

Plaintiff's First Amendment as applied claim in this matter. This motion is based on

1

Federal Rule of Civil Procedure 56; all supporting memoranda, declarations, and exhibits filed and served in accordance with D. Minn. LR 7.1; and all the files, records, and proceedings herein.

Dated: October 15, 2025

/s/William F. Mohrman
William F. Mohrman, #168816
Mohrman, Kaardal & Erickson, P.A.
150 South 5th Street, Suite 3100
Minneapolis, MN 55402
Telephone: 612-465-0928
Facsimile:  612-341-1076
Email: mohrman@mklaw.com
*Attorneys for the Plaintiff Charles L. Marohn, Jr.*