# UNITED STATES DISTRICT COURT
## District of Minnesota

Charles L. Marohn, Jr.,

Plaintiff,

v.

Minnesota Board of Architecture, Engineering, Land Surveying, Landscape Architecture, Geoscience, and Interior Design, The, Melisa Rodriguez, Daniel Kelsey, Sally Korsh, Timothy Meyer, Meg Parsons, Alan Johnson, Denise Kazmierczak, Travis Thul, Daniel McAnich, Paul Vogel, Jason Amberg, Graham Sones, Daniel Hunter, Paul Brandt, Erica Larson, Claudia Reichert, Daniel Cermak, Rachel Dwyer, Christian Faste, Eric Friske, David Stenseth,

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 23-cv-3717 (NEB/LIB)

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiff's Motion for Summary Judgment (ECF No. 53) is GRANTED; and

2. Defendants' Motion for Summary Judgment (ECF No. 45) is DENIED.

Date: 8/19/2026

KATE M. FOGARTY, CLERK